UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **BRADLEY WAYNE BERRY** | **CASE NO. 3:22-CV-00397** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **KIRT GUERIN** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

For the reasons contained in the REPORT AND RECOMMENDATION [Doc. 31] of the Magistrate Judge, noting the OBJECTIONS TO REPORT AND RECOMMENDATION [Doc. 32] filed by Plaintiff, and after a de novo review of the record, concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that Petitioner, Bradley Wayne Berry's PETITION FOR WRIT OF HABEAS CORPUS [Docs. 1, 5], is DENIED.

IT IS FURTHER ORDERED that Petitioner's claims are DISMISSED WITH PREJUDICE.

THUS, DONE AND SIGNED in Chambers on the 21st day of March, 2023.

David C. Joseph
United States District Judge